DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Teamsters Local Union No. 473, | ) | |
| | ) | CASE NO. 5:07 CV 03444 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| The Beacon Journal Publishing Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Beacon Journal's motion for leave to file a motion for sanctions (Document 10) is denied as to Rule 11 and granted as to 28 U.S.C. § 1927.  It is further ORDERED, ADJUDGED and DECREED that defendant Beacon Journal's motion for sanctions pursuant to 28 U.S.C. § 1927 (Document 10-2) is denied, and plaintiff Union's motion for sanctions pursuant to Rule 11 and 28 U.S.C. § 1927 (Document 14) is denied.

This case is closed, each party to bear its own costs.


  August 6, 2008            *S/ David D. Dowd, Jr.*
Date             David D. Dowd, Jr.
               U.S. District Judge